UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTOVAL HERNANDEZ,

    Petitioner,

v.

KENNETH MCKEE,

    Respondent.
_____/

Case No. 1:15-cv-341

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: March 8, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge